Case No. 13-5028

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Appellee, | ) |
| v. | ) |
| PHILIP MORRIS USA INC., (f/k/a Philip Morris, Inc.), *et al.*, | ) |
| Defendants-Appellants. | ) |

**DEFENDANTS-APPELLANTS' STATUS REPORT**

Defendants Altria Group, Inc., Philip Morris USA Inc., R.J. Reynolds Tobacco Company (individually and as successor to Brown & Williamson Tobacco Corporation), and Lorillard Tobacco Company respectfully submit this Status Report pursuant to this Court's Order of February 15, 2013. In that order, the Court granted Defendants' Unopposed Motion To Hold Appeal In Abeyance Pending The District Court's Resolution Of Corrective-Statements Implementation Issues and directed Defendants to file status reports at 30-day intervals.

The district court has not yet resolved the pending issues regarding the implementation of its corrective-statements remedy. At the district court's

direction, the parties remain actively engaged in mediation efforts regarding those issues before a Special Master. Since the submission of the last Status Report on October 11, 2013, the parties have met with the Special Master on October 18, October 23, and November 7, 2013. The Special Master has tentatively scheduled additional meetings for November 15 and November 23, 2013.

Pursuant to this Court's February 15, 2013 Order, Defendants will file another status report thirty days from today.

Dated: November 12, 2013

Respectfully submitted,

/s/ Miguel A. Estrada

Noel J. Francisco
Robert F. McDermott
Peter J. Biersteker
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Miguel A. Estrada
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8257
Facsimile: (202) 530-9616

R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3721
Facsimile: (336) 733-8389

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Counsel for Appellant*
*R.J. Reynolds Tobacco Company*

*Counsel for Appellants Philip Morris*
*USA Inc. and Altria Group, Inc.*

| | |
|---|---|
| Michael B. Minton | Thomas J. Frederick |
| Bruce D. Ryder | WINSTON & STRAWN LLP |
| A. Elizabeth Blackwell | 35 West Wacker Drive |
| THOMPSON COBURN LLP | Chicago, Illinois  60601-9703 |
| One U.S. Bank Plaza, Suite 3500 | Telephone: (312) 558-6700 |
| St. Louis, Missouri  63101-1693 | Facsimile: (312) 558-5700 |
| Telephone: (314) 552-6000 | |
| Facsimile: (314) 552-7597 | *Counsel for Appellants Philip Morris USA Inc. and Altria Group, Inc.* |
| *Counsel for Appellant Lorillard Tobacco Company* | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed the foregoing Defendants-Appellants' Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. I further certify that I caused copies of the Status Report to be hand-served on the district court at the address below.

>United States District Court for the District of Columbia
>Office of the Clerk
>Attn: Hon. Gladys Kessler (Case No. 99-cv-2496)
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001
>(202) 354-3050

/s/ Miguel A. Estrada
Miguel A. Estrada